UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | Docket No. 5:06CR35-13-V |
|---|---|---|
| v. | ) | |
| PHOEBE DAVIS | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter from the Defendant, Phoebe Davis, to the undersigned, received January 4, 2007. In her letter to the Court, Ms. Davis appears to request the Court's assistance in getting into the McDowell County Jail drug treatment program.

It is the longstanding practice of this Court to deny *pro se* motions, no matter how commendable, filed by defendants who are represented by counsel, without prejudice to their ability to refile such motions after consulting with their lawyer. Ms. Davis is represented in this matter by Aaron E. Michel, who was appointed by the Court on or about August 3, 2006.

**IT IS, THEREFORE, ORDERED** that Ms. Davis' request for drug treatment help is **DENIED** without prejudice to her right to re-file the motion, if appropriate, through her attorney, Mr. Michel.

The Clerk of Court is directed to send a copy of the Letter to Mr. Michel along with his copy of this Order.

Signed: January 5, 2007

David C. Keesler
United States Magistrate Judge